# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LAKEISHA S. DOWELL,**
               **Plaintiff,**

**-vs-**                                                         **Case No. 6:08-cv-651-Orl-22KRS**

**KIDZ R 4 UZ, INC.,**
**SHAMESICA WARREN,**
               **Defendants.**
_____

## ORDER

This cause is before the Court on Plaintiff's Suggestion Pursuant to Rule 12(H)(3), Federal Rules of Civil Procedure, that the Court Lacks Subject Matter Jurisdiction (Doc. No. 26) filed on August 14, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed September 23, 2008 (Doc. No. 31) is ADOPTED and CONFIRMED and made a part of this Order.

2.     Plaintiff's Suggestion Pursuant to Rule 12(H)(3), Federal Rules of Civil Procedure, that the Court Lacks Subject Matter Jurisdiction (Doc. No. 26) is GRANTED in part.

3. The Counterclaim is hereby DISMISSED WITHOUT PREJUDICE, and with leave to refile in state court. Pursuant to 28 U.S.C. § 1367(d), the limitations period for the claims asserted is tolled for a period of 30 days after the date of this Order.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 14, 2008.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge