# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LAKEISHA S. DOWELL,**
        **Plaintiff,**

**-vs-**                                               Case No. 6:08-cv-651-Orl-22KRS

**KIDZ R 4 UZ, INC.,**
**SHAMESICA WARREN,**
        **Defendants.**
_____

## ORDER

This cause is before the Court on the Motion for Entry of Judgment in Accordance with Defendants' Offer of Judgement and Plaintiff's Acceptance of Offer of Judgment (Doc. No. 36) filed on November 19, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 23, 2008 (Doc. No. 44) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court finds that the overtime compensation Plaintiff will receive pursuant to the Offer of Judgment is a fair resolution of a bona fide dispute under the Fair Labor Standards

Act. Accordingly, the Motion for Entry of Judgment in Accordance with Defendants' Offer of Judgement and Plaintiff's Acceptance of Offer of Judgment (Doc. No. 36) is GRANTED.

3. The Clerk is directed to enter a judgment providing that Plaintiff Lakeisha S. Dowell recover from the Defendants Kidz R 4 Uz, Inc. and Shamesica Warren the amount of $5,000.00, inclusive of costs and attorney's fees.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 14, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge